SK/GM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | *  **CRIM NO.** 19-cr-00308-TFM |
| | *  **USAO NO.** 17R00195 |
| v. | * |
| | *  **VIOLATIONS:** 18 USC § 666(a)(1)(A) |
| **KIM WRIGHT GREEN, aka** | *                    26 USC § 7206(1) |
| **KIMBERLY WRIGHT PETTWAY** | * |

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

### INTRODUCTION

1. Creola, Alabama ("Creola") and Prichard, Alabama ("Prichard") were each local governments in Mobile County in the Southern District of Alabama that received more than $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance during each year material to this Information. Each city employed a City Clerk, a position of public trust, to conduct various administrative, legal, and fiscal tasks.

2. Defendant **KIM WRIGHT GREEN, aka KIMBERLY WRIGHT PETTWAY,** was the City Clerk of Creola from in or about January 2013 until in or about February 2017.

3. Defendant **KIM WRIGHT GREEN, aka KIMBERLY WRIGHT PETTWAY,** was the City Clerk of Prichard from in or about March 2017 to in or about November 2019.

1

## COUNT ONE
## Theft from Organization Receiving Federal Funds
## Title 18, United States Code, Section 666(a)(1)(A)

4. The allegations in paragraphs 1 through 3 of this Information are realleged as though fully set forth herein.

5. From in or about January 2013, and continuing until in or about February 2017, within Mobile County in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**KIM WRIGHT GREEN, aka
KIMBERLY WRIGHT PETTWAY,**

being an agent of Creola, Alabama, a local government that received in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance during each year relevant to this Count, did embezzle, steal, and obtain by fraud property worth at least $5,000 and owned by, and under the care, custody, and control of, Creola, Alabama; that is, defendant **KIM WRIGHT GREEN, aka KIMBERLY WRIGHT PETTWAY**, used her position as City Clerk to embezzle, steal, and obtain by fraud approximately $241,581.00 from Creola, Alabama.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT TWO
## Theft from Organization Receiving Federal Funds
## Title 18, United States Code, Section 666(a)(1)(A)

6. The allegations in paragraphs 1 through 3 of this Information are realleged as though fully set forth herein.

7. From in or about May 2017, and continuing until in or about August 2019, within

Mobile County in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**KIM WRIGHT GREEN, aka**
**KIMBERLY WRIGHT PETTWAY,**

being an agent of Prichard, Alabama, a local government that received in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance during each year relevant to this Count, did embezzle, steal, and obtain by fraud property worth at least $5,000 and owned by, and under the care, custody, and control of, Prichard, Alabama; that is, defendant **KIM WRIGHT GREEN, aka KIMBERLY WRIGHT PETTWAY**, used her position as City Clerk to embezzle, steal, and obtain by fraud approximately $158,449.00 from Prichard, Alabama.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT THREE
## False Tax Return
## Title 26, United States Code, Section 7206(1)

8.   The allegations in paragraphs 1 through 7 of this Information are realleged as though fully set forth herein.

9.   On or about June 1, 2016, within Mobile County in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**KIM WRIGHT GREEN, aka**
**KIMBERLY WRIGHT PETTWAY,**

did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2015 (the "Return"), which was verified by a written declaration that it was made

3

under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter. The Return, which was electronically filed with the Internal Revenue Service and bears the defendant's electronic signature, stated that her adjusted gross income was $57,341.00 for the calendar year 2015, whereas, as the defendant then and there knew, her actual adjusted gross income exceeded $57,341.00 for that year because she stole more than $56,000.00 from Creola, Alabama, and knowingly failed to report those criminal proceeds as income on the Return.

In violation of Title 26, United States Code, Section 7206(1).

RICHARD W. MOORE
UNITED STATES ATTORNEY

_____
Richard W. Moore
United States Attorney

DECEMBER 2019